**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00495-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE LUIS ALCALA-PACHECO,
    a/k/a "Pepino,"

    Defendant.

## ORDER

**Blackburn, J.**

    The matter before the court is defendant's **Motion To Obtain Access To and Provide Copies of Previously Filed Pleadings** [#140] filed May 8, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and counsel for defendant, Jose Luis Alcala Pacheco, should have access to and be provided copies of all pleadings available to former retained counsel, the other defendants, and the government.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That defendant's **Motion To Obtain Access To and Provide Copies of Previously Filed Pleadings** [#140] filed May 8, 2008, is **GRANTED**;

    2. That counsel for defendant, Jose Luis Alcala Pacheco, shall have access to and be provided copies of all pleadings available to former retained counsel, the other defendants, and the government; and

3. That these documents shall be made available to counsel for defendant, Jose Luis Alcala Pacheco, in a manner that will not otherwise modify prior orders that limit general access to documents pertaining to the redacted defendant.

Dated May 21, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**